**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
_____ **DIVISION**

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS
### UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983

DEBRA Lynn Waldhaue;
Peter W Waldhauer ; Baby Waldhauer (cat)

(Enter full name of Plaintiff(s))

vs.

CASE NO: 3.07cv131/MCR/EMT

(To be assigned by Clerk)

MENU Foods INC.
MENu Foods Income Fund;
Wal-mart Corporation

WALDHAUER et al v. MENU FOODS INC et al                                                                                 Doc. 1

_____ .

_____ .

(Enter name and title of each Defendant.

If additional space is required, use the

blank area below and directly to the right.)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 MAR 26  AM 9: 45

R# FLN 3.563
$350

FILED

**I.    PLAINTIFF:**
State your full name and full mailing address in the lines below.

Name of Plaintiff:  _Debra Lynn Woldhauer and Satoru Waldhauer_

Mailing address:  _159 N Audrey Circle NW_
_Fort Walton Beach_
_Florida 32548_

**II.    DEFENDANT(S):**
State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1)    Defendant's name:    _Menu Foods Inc._
Official position:    _Private Headquarters Location_
Employed at:    _9130 Griffith Morgan Ln._
Mailing address:    _Pennsauken NJ 08110_
_856-662-7412    856-662-4673 fax_

(2)    Defendant's name:    _Menu Foods Income Fund_
Official position:    _____
Employed at:    _8 Falconer Drive_
Mailing address:    _Streetville, ON_
_Canada L5N 1B1_

(3)    Defendant's name:    _Wal-mart Stores, INC_ → Seller of Special Kitty
Official position:    _Bentonville AR 72716_ Made For Wal-mart
Employed at:    _____
Mailing address:    _____
_____

(4)    Defendant's name:    _____
Official position:    _____
Employed at:    _____
Mailing address:    _____
_____

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

## III.  STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  <u>Do not make any legal arguments or cite to any cases or statutes.</u>  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

On March 14, 2007 our 5 year old cat named Baby began not eating as much. On March 15, 2007 Baby was not moving around and not eating at all. Baby began drinking a lot of water. I called my vet. Baby was admitted to Wynn Haven Vet Clinic, March 16, 2007. Dr. Jennings did blood work and said that Baby was in Kidney Failure.

On March 18, 2007 an article was in the newspaper about the pet food recall. I called the emergency phone number for our vet. Dr. Whiteside returned my call. I saw the list of recalled food. The food that Baby had eaten was on the list. We had an answer to why this indoor cat, not exposed to any chemicals was in Kidney failure.

I called menu food on that same day March 18, 2007 after 4½ hours of trying I finally got thru. My name, phone number, and information was given.

I also called the food and Drug Administration on March 19, 2007, by 11:30 am, Wanda Hinger the Florida representor called me back I gave her all the information. Baby had her labs work completed on 4 different days. Baby was released to me on March 21, 2007. I was sent home

Continued;

(2)

## III.    STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

with IV fluids to put under Baby's skin, (subcu accus

antibiotics, Epakitin for lowering her phosphorus, Benazepril Hydrochloride.

Baby was also put on a special diet, KD. for less stress on the Kidneys,

made for Wal-Mart

I purchased 36 pouches of Special Kitty Gourmet Tuna in sauce. The date code is Dec 21, 03 and the sku # 681131575447. I still have 28 pouches. Baby had eaten 8 pouches.

The damage was already done once the diagnosis was confirmed by Dr. Whitside and Dr. Jennings. We can only wait and see. This is the most heartbreaking thing to deal with. If Baby dies the FDA wants an autopsy. This information is in the vet. notes,

If an animal dies you grieve, but when one is going thru the daily routine of fluids, medication is very different. We er daily unsure of how long she will hold on. I want a Kidney transplant for Baby. (if her Kidney test level out) her medical and all the cost of future care, (ever)

③

## III.    STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  <u>Do not make any legal arguments or cite to any cases or statutes.</u>  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

WynN Haven Animal Clinic
351 Woodland Ave,
Mary Esther, Florida 32569
(850) 581-2213   Dr Whiteside or Dr. Jennings

Bloodwork For Kidney FuNction oN BABY

3-16-07
3-19-07
3-21-07
3-26-07

Veterinarian expenses For Baby

3-21-07  $592.24
3-22-07  $58.00  Lab
3-24-07  $9.00  FLUIDS

✗  AS OF 3-26-07  MenuFood HAS NOT
RETURNED  CALL FOR THE REPORT oN BABY

✗ 3-18-07 ⟩ calls To Report
3-26-07

✗  FDA HAS BEEN [3]
IN CONTACT, Wanda Linger, Florida Division

✗ As OF THE Date of this Filing my cat
has been take to the vet. Having problems with her.

## IV.    STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.

The makers and seller of Special Kitty
pet food products, as well as many other
pet food brands manufactured between Dec 04
and March 2007, have put on the market
pet food that is dangerous, if not deadly,
to the life of pets.

* The care of animal Long term - Livespan
                                    Unknown
* Menufoods may have known of problem before
doing recall, A case of animal becoming
Ill in Feb, 07

## V.    RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

I would like Menu food and it's sellers to
cover the medical vet bill already paid and
any future costs, including if able a kidney
transplant, The cost of anti-rejection
medications. The cost of any future
treatments to maintain the life of Baby

* ALL FUTURE MEDICAL incurred and Furture
                                    Medical

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT,
INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

March 25, 2007
(Date)

_____
(Signature of Plaintiff)

Revised 07/02

159 N. Audrey Circle NW
Fort Walton Beach, FL.
                        32548
850-243-8974
850-259-1819

4