UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

Pensacola DIVISION

Debra Lynn Waldhauer

Plaintiff,

VS.

CASE NO: 3:07cv131/mcr/emt

Menufoods INC
Menu Foods income Fund
Wal-Mart Inc.
Defendants

TITLE OF your Pleading

WALDHAUER et al v. MENU FOODS INC et al                                                                                    Doc. 4

_____
Signature

159 N. Audrey Circle NW
_____
Mailing Address

Fort Walton Beach,
                FL. 32548
City, State and Zip Code

[Stamp: OFFICE OF CLERK U.S. DISTRICT CT. NORTHERN DIST. FLA. PENSACOLA, FLA. 07 APR -5 PM 2:11]

FILED

Your Signature

## AFFIDAVIT FOR VOLUNTARY DISMISSAL

STATE OF: FLORIDA
COUNTY OF: ESCAMBIA

Debra Waldhauer, being duly sworn, or having duly affirmed to tell the truth, stated personally before me:

I Debra Waldhauer am voluntarily dismissing CASE NO: 3:07CV131/MCR/EMT.

I was fully intending on pursing this case, due to the health of my pet, I cannot afford to complete this case. I was unknowing of the petfood testing and the financial strain that this would have put me in. I feel that the monies used to pursue this case could be used for the health of my pet. My cat is in kidney failure, and the weekly testing of her kidney function is very expensive.

The circumstances in which I filed this case was due to the current PETFOOD RECALL.
I was unable to find information on any class action suit being filed during the time in which I filed this suit. I have since joined a class action suit as of April 2, 2004.

PLEASE ACCEPT MY APPOLOGIES TO THE COURT.


That they are competent under the law to give this affidavit and unless stated have personal knowledge of the facts stated herein:

*Debra Waldhauer*   4-4-07
Debra Waldhauer                  Date
159 N Audrey Circle, NW
Fort Walton Beach, Florida 32548

Sworn or affirmed before me on *April 4, 2007*.


_____

*Charlene Sheeren*
Notary Public
Commission Expires   06-28-08

CHARLENE SHEEREN
Notary Public - State of Florida
My Commission Expires Jun 28, 2008
Commission # DD 331279
Bonded By National Notary Assn.