# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DEBRA LYNN WALDHAUER,

 Plaintiff,

vs. Case No.: 3:07cv131/MCR/EMT

MENU FOODS, INC., et al.,

 Defendants.
 /

## O R D E R

 This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 9, 2007. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

 Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

 Accordingly, it is now **ORDERED** as follows:

 1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

 2. Plaintiff's Affidavit for Voluntary Dismissal (Doc. 4), construed as a notice of voluntary dismissal, is **GRANTED** and this case is **DISMISSED without prejudice**.

 **DONE AND ORDERED** this 11th day of May, 2007.

 *s/ M. Casey Rodgers*
 **M. CASEY RODGERS**
 **UNITED STATES DISTRICT JUDGE**

Dockets.Justia.com